IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE KEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 16-cv-05170-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUPPLEMENT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE** |

    Before the Court is plaintiff Tina Marie Kee's Application to Proceed In Forma Pauperis, filed September 8, 2016.[1] Having read and considered the application, the Court rules as follows.

    In her application, plaintiff asserts she has not been employed in any capacity since March 2010, has received no form of income or government assistance in the past twelve months, does not own a home or an automobile, has no cash, and owns no assets of any kind. Plaintiff also asserts, however, that two adults, identified by plaintiff as "A H," a 21-year old, and "R T," a 25-year old, are dependent on her for support. Nothing in the application suggests how plaintiff has the financial means to support two other adults, and, consequently, it appears the application is incomplete in some manner.

---

[1] The above-titled action was reassigned to the undersigned on October 14, 2016.

Accordingly, plaintiff is hereby DIRECTED to supplement, no later than November 10, 2016, her application to clarify her financial situation.

**IT IS SO ORDERED.**

Dated: October 24, 2016

MAXINE M. CHESNEY
United States District Judge